IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

ASHLEY FOSTER, individually and on behalf
of other similarly situated persons,

                Plaintiff,

v.                                   Case No. 17-2095-DDC

ROBERT BROGDEN'S OLATHE BUICK
GMC, INC.,

                Defendant.

## SECOND AMENDED SCHEDULING ORDER

The parties have filed a joint motion (ECF No. 32) to amend the scheduling order with respect to plaintiff Ashley Foster's individual retaliation claim.[1] For good cause shown, the motion is granted and the scheduling order is amended as follows:

a. All discovery shall be commenced or served in time to be completed by **August 15, 2018.**

b. Supplementation of initial disclosures are due **40 days before** the deadline for completion of discovery.

c. Fed. R. Civ. P. 26(a)(2) disclosures and reports from retained experts are due from the asserting party's experts by **April 2, 2018**, and from the defending party's experts by **May 1, 2018**. Disclosures and reports by any rebuttal experts are due by **June 1, 2018**. Motions challenging the admissibility of expert testimony are due by **July 2, 2018**.

---

[1] ECF No. 17, as amended by ECF No. 19.

d.      The final pretrial conference is scheduled for **September 4, 2018, at 9:00 a.m.**, in the U.S. Courthouse, Room 223, 500 State Avenue, Kansas City, Kansas.  Unless otherwise notified, the undersigned magistrate judge will conduct the conference.  No later than **August 27, 2018**, defendant shall submit the parties' proposed pretrial order as an attachment to an e-mail directed to *ksd_ohara_chambers@ksd.uscourts.gov*.  It shall be in the form available on the court's website (*www.ksd.uscourts.gov*), and the parties shall affix their signatures according to the procedures governing multiple signatures set forth in paragraphs II(C)(2)(a) & (b) of the *Administrative Procedures for Filing, Signing, and Verifying Pleadings and Papers by Electronic Means in Civil Cases*.

e.      The deadline for filing all other potentially dispositive motions is **September 28, 2018.**

f.      The case is set for trial on a trial calendar that will begin on **June 4, 2019 at 9:00 a.m.**  The trial setting may be changed only by order of the judge presiding over the trial.

All other provisions of the original scheduling order, as previously amended, shall remain in effect.   The schedule adopted in this second amended scheduling order shall not be modified except by leave of court upon a showing of good cause.

IT IS SO ORDERED.

Dated January 30, 2018, at Kansas City, Kansas.

                                               s/ James P. O'Hara
                                               James P. O'Hara

U.S. Magistrate Judge