IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

ASHLEY FOSTER, individually and on behalf
of other similarly situated persons,

                Plaintiff,

v.                                     Case No. 17-2095-DDC

ROBERT BROGDEN'S OLATHE BUICK
GMC, INC.,

                Defendant.

## THIRD AMENDED SCHEDULING ORDER

Defendant has filed an unopposed motion (ECF No. 45) to amend the scheduling order with respect to plaintiff Ashley Foster's individual retaliation claim.[1] For good cause shown, the motion is granted and the scheduling order is amended as follows:

    a.     All discovery shall be commenced or served in time to be completed by **November 29, 2018.**

    b.     The final pretrial conference is rescheduled for **December 21, 2018, at 9:00 a.m.**, in the U.S. Courthouse, Room 223, 500 State Avenue, Kansas City, Kansas. Unless otherwise notified, the undersigned magistrate judge will conduct the conference. No later than **December 11, 2018**, defendant shall submit the parties' proposed pretrial order as an attachment to an e-mail directed to *ksd_ohara_chambers@ksd.uscourts.gov*. It shall be

---

[1] ECF No. 17, as amended by ECF Nos. 19 & 35.

in the form available on the court's website (*www.ksd.uscourts.gov*), and the parties shall affix their signatures according to the procedures governing multiple signatures set forth in paragraphs II(C)(2)(a) & (b) of the *Administrative Procedures for Filing, Signing, and Verifying Pleadings and Papers by Electronic Means in Civil Cases*.

    c.    The deadline for filing potentially dispositive motions is **January 4, 2019.**

    d.    As directed by the judge presiding over the trial, the case is set for trial on a trial calendar that will begin on **September 3, 2019 at 9:00 a.m.**

All other provisions of the original scheduling order, as previously amended, shall remain in effect. The schedule adopted in this third amended scheduling order shall not be modified except by leave of court upon a showing of good cause.

IT IS SO ORDERED.

Dated August 13, 2018, at Kansas City, Kansas.

                                      s/ James P. O'Hara
                                      James P. O'Hara
                                      U.S. Magistrate Judge